**Elizabeth Hope NORTH,
Plaintiff-Appellant,**

v.

**BANK OF AMERICA, N.A.; Mortgage Electronic Registration Systems, Inc., Defendants-Appellees.**

**No. 14-55509**

United States Court of Appeals,
Ninth Circuit.

Submitted February 14, 2017 *

Filed February 27, 2017

Elizabeth Hope North, Pro Se

Adam F. Summerfield, Esquire, Attorney, Leslie M. Werlin, Esquire, McGuire-Woods LLP, Los Angeles, CA, for Defendants-Appellees

Before: GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

MEMORANDUM **

Elizabeth Hope North appeals pro se from the district court's judgment dismiss-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

ing her diversity action alleging state law claims related to foreclosure proceedings. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion a denial of leave to amend a complaint. *Zucco Partners, LLC v. Digimarc Corp.*, 552 F.3d 981, 989 (9th Cir. 2009). We affirm.

The district court did not abuse its discretion in dismissing North's action without granting further leave to amend because further amendment would be futile. *See id.* at 1007 (explaining that a district court's discretion to deny leave to amend is particularly broad where plaintiff has failed to cure deficiencies by previous amendments).

Appellees' request for judicial notice, filed on December 4, 2014, is denied as unnecessary.

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.